UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MERIDEE ALBRECHT,<br><br>Plaintiff,<br><br>Vs.<br><br>RENTON COLLECTIONS INC.,<br><br>Defendant. | NO: 2:09-cv-01694-JCC<br><br>**ANSWER TO PLAINTIFF'S COMPLAINT** |

COMES NOW the Defendant in the above entitled action and answers Plaintiff's complaint as follows:

## I.   NATURE OF THE ACTION

1. Defendant has insufficient knowledge with which to admit or deny the allegations contained in paragraph 1 and therefore denies same.

## II.  JURISDICTION

2. Denied.

**ANSWER- 1**

Retacco Law Offices Inc. P.S.
30640 Pacific Hwy. S. Ste C-1
Federal Way WA 98003
Tel. 253-941-1161
Fax. 253- 839-1941
E-mail: wretacco@aol.com

### III. PARTIES

3. Defendant has insufficient knowledge with which to admit or deny the allegations contained in paragraph 3 and therefore denies same.

4. Defendant admits that Plaintiff is a consumer under the FDCPA definition. All other allegations in paragraph 4 are denied.

5. Admit.

6. Admit.

### IV. FACTUAL ALLEGATIONS

7. Defendant admits that it attempted to collect a duly assigned debt from the Plaintiff. Said collection activity complied with all applicable federal and state laws. All other allegations contained in paragraph 7, including subsections (a) through (d) are denied.

8. Denied.

9. Denied.

### COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

10. Denied.

### COUNT II: VIOLATION OF WASHINTON COLLECTION AGENCY ACT

11. Denied.

**ANSWER- 2**

Retacco Law Offices Inc. P.S.
30640 Pacific Hwy. S. Ste C-1
Federal Way WA 98003
Tel. 253-941-1161
Fax. 253- 839-1941
E-mail: wretacco@aol.com

## V.  AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim upon which relief may be granted.

2. Plaintiff has failed to mitigate its damages.

3. Insufficient service of process.

4. Lack of jurisdiction.

5. Defendant reserves the right to add additional defenses as discovery continues.

## V.    FIRST COUNTERCLAIM

6. Defendant RCI is a Washington corporation in good standing, has paid all fees and has satisfied all bonding and licensing requirements as a collection agency.

7. Plaintiff is a single woman residing in King County, Washington.

8. Plaintiff became indebted to Valley Orthopedic Associates for medical care, goods and services as follows:

   (a) $614.08 on 6/2/2008.  Defendant made a payment of $50.00 and the principal balance of this debt is now $564.08.  Interest to date at 12% per annum is $98.94;

   (b) $98.00 on 6/9/2008.  Interest to date at 12% per annum is $15.78;

   (c) $10.00 on 5/16/2008.  Interest to date at 12% per annum is $1.67.

**ANSWER- 3**

Retacco Law Offices Inc. P.S.
30640 Pacific Hwy. S. Ste C-1
Federal Way WA 98003
Tel. 253-941-1161
Fax. 253- 839-1941
E-mail: wretacco@aol.com

9. Payment for these services has been demanded without avail and the debts remain unpaid. Plaintiff does not deny the validity of the above entitled allegations in Sections 8(a), (b), and (c) of this Counterclaim, by virtue of her own Factual Allegations in the Complaint Section IV, 7(b).

10. The claims of Valley Orthopedic Associates have been duly assigned to RCI for collection.

## VI.   SECOND COUNTERCLAIM

11. Plaintiff's action is not well grounded in fact, is not warranted by existing law, is interposed for improper purposes such as harassment and to cause unnecessary delay and needless increase in the cost of litigation, and the factual contentions are not warranted on the evidence, nor are they based on reasonable belief.

**ANSWER- 4**

Retacco Law Offices Inc. P.S.
30640 Pacific Hwy. S. Ste C-1
Federal Way WA 98003
Tel. 253-941-1161
Fax. 253- 839-1941
E-mail: wretacco@aol.com

PRAYER FOR RELIEF

WHEREFORE, having answered Plaintiff's complaint in full, Defendants pray as follows:

1. For Plaintiff's complaint to be dismissed with prejudice and that she be awarded nothing thereby;

2. For judgment on the assigned debts against the Plaintiff for the principal balances plus interest as stated above for a total of $788.47;

3. For damages as the court deems just for the filing of a frivolous lawsuit;

4. For all of defendant's costs and reasonable fees accrued; and,

5. For any other relief that the Court deems just and proper.

DATED this 14th day of January, 2010.

               RETACCO LAW OFFICES INC. P.S.

               S/ Wendy E. Retacco
               State Bar No. 30534
               Attorney for Defendants
               Retacco Law Offices Inc. P.S.
               30640 Pacific Hwy. S. Ste. C-1
               Federal Way, WA 98003
               Telephone: 253-941-1161
               Fax: 253-839-1941
               E-mail: wretacco@aol.com

**ANSWER- 5**

Retacco Law Offices Inc. P.S.
30640 Pacific Hwy. S. Ste C-1
Federal Way WA 98003
Tel. 253-941-1161
Fax. 253- 839-1941
E-mail: wretacco@aol.com