UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| **MERIDEE ALBRECHT**, | ) Case No. 2:09-cv-01694-JCC |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF SETTLEMENT** |
| **RENTON COLLECTIONS, INC.**, | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Washington, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 7th day of April, 2010.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

Notice of Settlement - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1 | Filed electronically on this 7th day of April, 2010, with:

2

3 | United States District Court CM/ECF system

4 | Notification sent electronically via the Court's ECF system this 7th day of April, 2010 to:

5

6 | Wendy E. Retacco
Retacco Law Offices, Inc. PS
7 | 30640 Pacific Hwy. S.
Ste. C-1
8 | Federal Way WA 98003

9

10

By: s/Tremain Davis
11 |     Tremain Davis

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | Notice of Settlement - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com